## IN THE MATTER OF QUALIFICATION OF MYRON JECK TO SERVE AS A GRAND JUROR FOR THE JANUARY 1952 SESSION OF THE GRAND JURY.

Superior Court of New Jersey
Appellate Division

Argued October 6, 1952—Decided October 14, 1952.

Before Judges FREUND, STANTON and CONLON.

*Mr. Harry Green* argued the cause for the defendant-appellant.

*Mr. John M. Pillsbury* argued the cause for the plaintiff-respondent (*Mr. J. Victor Carton,* Prosecutor of Monmouth County, attorney).

PER CURIAM. The order appealed from provides that "Myron Jeck be and he is hereby discharged as a member of said grand jury and that his name be stricken from any future list of grand jurors in and for the County of Monmouth."

■ On the oral argument, it was admitted that the grand jury on which Myron Jeck was selected to serve has completed its term and been discharged. Hence, the part of the order discharging Myron Jeck from the then current grand jury no longer has any efficacy, and the question of its propriety is now moot.

■ The attorney for the respondent conceded, and we agree, that striking Jeck's name from any future list of grand jurors was without legal warrant. Under *N. J. S.* 2A:70-2, the qualifications of jurors are determined by appropriate reviewing officers in advance of the opening of each stated court session. Accordingly, should Jeck's name appear on a future list of grand jurors, his fitness for jury service may then be considered.

The order appealed from will be modified accordingly.